☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 4,434.87 |
| **For prior year:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,169,312.00 |
| **For the year before that:** | From 01/01/2016<br>MM / DD / YYYY | to | 12/31/2016<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,526,336.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 1 of 21

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | <u>See Attachment 3.</u><br>Creditor's name<br><br>Street<br><br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | <br>Creditor's name<br><br>Street<br><br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | <u>See Attachment 4.</u><br>Insider's name<br><br>Street<br><br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | <br>Insider's name<br><br>Street<br><br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 2 of 21

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  See Attachment 7. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |
| Case title | | Court or agency's name and address | ☐ Pending |
| 7.2. | | | ☐ On appeal |
| Case number | | Name | ☐ Concluded |
| | | Street | |
| | | City          State          ZIP Code | |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 3 of 21

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | | Street |
| City          State     ZIP Code | **Case number** | |
| | | City        State      ZIP Code |
| | **Date of order or assignment** | |

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | | |
| | | _____ | $_____ |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 4 of 21

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Farrimond Law Offices, PC | | 12/04/17 | $ 10,335.00 |
| | **Address** | | | |
| | 88 Kearny Street, Suite 1850 | | | |
| | Street | | | |
| | San Francisco, CA 94108 | | | |
| | City                    State           ZIP Code | | | |
| | **Email or website address** | | | |
| | www.farrimondlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                    State           ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 5 of 21

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | BriteLab, Inc. | Purchase of 125 steel and tungsten needles | 02/05/2018 | $ 1,910.47 |
| | **Address** 6341 San Ignacio Avenue Street | | | |
| | San Jose, CA 95119 City   State   ZIP Code | | | |
| | **Relationship to debtor** Vendor | | | |
| 13.2. | Who received transfer? Brandon Toomey | Purchase of 1 E tray PCB @ $95 & 10 unformatted SD cards @ $50 | 02/06/2018 | $ 145.00 |
| | **Address** 2613 Lyon Circle Street | | | |
| | Concord, CA 94518 City   State   ZIP Code | | | |
| | **Relationship to debtor** Customer | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 1933 Davis Street, Suite 249 Street | | From 01/01/2014 | To 12/31/2016 |
| | San Leandro, CA 94577 City   State   ZIP Code | | | |
| 14.2. | Street | | From _____ | To _____ |
| | City   State   ZIP Code | | | |

Case: 18-40400   Doc# 2   Filed: 02/16/18   Entered: 02/16/18 08:54:36   Page 6 of 21

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ | _____ |
|  | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|  | _____ _____ _____ City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | _____ | _____ |
|  | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|  | _____ _____ _____ City        State        ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _customer names and mailing, email & IP addresses_

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Case: 18-40400     Doc# 2     Filed: 02/16/18     Entered: 02/16/18 08:54:36     Page 7 of 21

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | m_____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 8 of 21

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Derick Lee<br>Name<br>101 Estudillo Ave.<br>Street<br><br>San Leandro, CA 94577<br>City          State          ZIP Code | 8000 Edgewater Dr., Oakland<br>——————————————— | Black IKEA office furniture<br>——————————————— | $ 2,500.00 |

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| ———————————<br>**Case number**<br>——————————— | Name<br>———————————<br>Street<br>———————————<br>City          State          ZIP Code | ———————————<br>———————————<br>——————————— | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>———————————<br>Street<br>———————————<br>City          State          ZIP Code | Name<br>———————————<br>Street<br>———————————<br>City          State          ZIP Code | ———————————<br>———————————<br>——————————— | ——————— |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 9 of 21

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City          State     ZIP Code | _____ City          State     ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | Dates business existed |
| | _____ City          State     ZIP Code | | From _____  To _____ |
| 25.2. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | Dates business existed |
| | _____ City          State     ZIP Code | | From _____  To _____ |
| 25.3. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | Dates business existed |
| | _____ City          State     ZIP Code | | From _____  To _____ |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 10 of 21

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Jenny D. DeSantis<br>Name<br>626 Salem Court<br>Street<br><br>Livermore, CA 94551<br>City                State        ZIP Code | From ___2012___ To ___2017___ |
| **26a.2.**<br>Name<br>Street<br><br>City                State        ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**<br>Name<br>Street<br><br>City                State        ZIP Code | From _____ To _____ |
| **26b.2.**<br>Name<br>Street<br><br>City                State        ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**<br>Name<br>Street<br><br>City                State        ZIP Code | _____<br>_____<br>_____ |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 11 of 21

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____    _____
        Name                               _____
        _____
        Street                             _____
        _____
        City          State    ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  Republic Business Credit
        Name
        201 Saint Charles Ave., Suite 2210
        Street
        _____
        New Orleans, LA 70170
        City          State    ZIP Code

| Name and address |
|---|

26d.2.  _____
        Name
        _____
        Street
        _____
        City          State    ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name
       _____
       Street
       _____
       City          State    ZIP Code

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 12 of 21

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2.

_____
Name

_____
Street

_____
City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attachment 28. | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Hap Klopp | 1240 6th St., Berkeley, CA 94710 | Director | From 12/15/16 To 10/20/17 |
| Carl Wiseman | 359 Creekside, Palo Alto, CA 94306 | CFO | From 6/15/16 To 6/5/17 |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See Attachment 30. | _____ | _____ | _____ |
| Name | | | |
| _____ Street | | _____ | |
| _____ City    State    ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Case: 18-40400    Doc# 2    Filed: 02/16/18    Entered: 02/16/18 08:54:36    Page 13 of 21

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ _____ _____ | |
| | Name _____ | _____ | |
| | Street _____ | _____ | |
| | _____ | | |
| | City                State        ZIP Code | _____ | |
| **Relationship to debtor** | | _____ | |
| | _____ | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/15/2018
                         MM / DD / YYYY

✘ /s Mitch Huitema
_____                    Printed name  Mitch Huitema
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  CFO, Secretary, Director

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

Case: 18-40400   Doc# 2   Filed: 02/16/18   Entered: 02/16/18 08:54:36   Page 14 of 21

DEBTOR: TYPE A MACHINES

ATTACHMENT 3 TO STATEMENT OF FINANCIAL AFFAIRS

| | Creditor | Dates | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| 3.1 | BriteLab, Inc. 6341 San Ignacio Ave. San Jose, CA 95119 | 2/8/18 | 573.58 | Current Invoice |
| | | 1/24/18 | 1,374.20 | Current Invoice |
| | | 1/23/18 | 241.46 | Current Invoice |
| | | 1/11/18 | 681.39 | Current Invoice |
| | | 1/11/18 | 4,598.00 | Current Invoice |
| | | 12/7/17 | 123.68 | 30% premium toward old debt to get invoice 038540 fulfilled |
| | | 12/7/17 | 412.26 | Current Invoice 038540 |
| | | 11/27/17 | 1,402.23 | 30% premium toward old debt to get invoice 038506 fulfilled |
| | | 11/27/17 | 620.36 | 30% premium toward old debt to get invoice 038504 fulfilled |
| | | 11/27/17 | 2,067.86 | Current Invoice 038504 |
| | | 11/27/17 | 4,674.10 | Current Invoice 038506 |
| | TOTAL | | 16,706.12 | |

DEBTOR: TYPE A MACHINES

ATTACHMENT 4 TO STATEMENT OF FINANCIAL AFFAIRS

| | Insider | Dates | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| 4.1 | Andrew Rutter 57 6th Ave #1 San Francisco, CA 94118 | 1/16/18 | 2,000 | Monthly payments to American Express on stipulation for entry of judgment in lawsuit described in Attachment. This account was the Debtor's business account on which Andrew Rutter was a co-obligor. |
| | Relationship: Officer, director & shareholder | | | |
| | | 12/15/17 | 2,000 | |
| | | 11/15/17 | 2,000 | |
| | | 10/16/17 | 2,000 | |
| | | 9/15/17 | 2,000 | |
| | | 8/15/17 | 2,000 | |
| | | 7/17/17 | 2,000 | |
| | | 6/15/17 | 2,000 | |
| | | 5/15/17 | 2,000 | |
| | | 4/4/17 | 450 | Lawsuit first appearance fee |
| | TOTAL | | 18,450 | |

| | Insider | Dates | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| 4.2 | Mitch Huitema and Tim Holmes 659 Broadmoor Blvd. San Leandro, CA 94577 | 11/1/17 | 6,500 | Repayment of $6,500 loan made on 9/21/17 which was tied to payment of OSU order 5448 |
| | Relationship: Mitch Huitema is an officer & director; Tim Holmes is her husband. | | | |
| | | 10/16/17 | 7,000 | Partial repayment of $15,000 short term loan made on 9/18/17. |
| | TOTAL | | 13,500 | |

DEBTOR: TYPE A MACHINES

ATTACHMENT 7 TO STATEMENT OF FINANCIAL AFFAIRS

| | Case Title | Nature of Case | Court name & address | Case Status |
|---|---|---|---|---|
| 7.1 | American Express v. Andrew Rutter & Type A Machines<br><br>Case # CGC17557395 | Collection of credit card debt | San Francisco Superior 400 McAllister St. San Francisco, CA | Settled by stipulation for entry of judgment |
| 7.2 | Lispitt v. Type A Machines, et al.<br><br>Case # RG17877498 | Employment | Alameda Superior 1225 Fallon St. Oakland, CA | Debtor dismissed |

DEBTOR: TYPE A MACHINES

ATTACHMENT 28 TO STATEMENT OF FINANCIAL AFFAIRS

| Name | Address | Position & Interest | Percentage Interest |
|------|---------|---------------------|---------------------|
| Andrew Rutter | 57 6th Avenue #1<br>San Francisco, CA 94118 | CEO, Director &<br>Shareholder | 70.21 |
| Mitch Huitema | 659 Broadmoor Blvd.<br>San Leandro, CA 94577 | CFO, Secretary<br>and Director | 0 |
| Angela Smith | 6114 LaSalle Avenue<br>#604<br>Oakland, CA 94611 | Director | 0 |
| Espen Sivertsen | 1208 Asti Court<br>Livermore, CA 94550 | Shareholder | 14.3 |
| Ronald "Miloh"<br>Alexander | 1522 9th Street<br>Oakland, CA 94607 | Shareholder | 14.3 |
| Kevin Rowney | 791 27th Street<br>San Francisco, CA 94131 | Shareholder | 1.19 |

DEBTOR: TYPE A MACHINES

ATTACHMENT 30 TO STATEMENT OF FINANCIAL AFFAIRS

|  | Insider | Date Paid | Gross Amount | Net Amount | Date Cashed | Reason |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 30.1 | Andrew Rutter 57 6th Ave #1 San Francisco, CA 94118<br><br>Relationship: Officer, director & shareholder | 11/27/17 | 1,131.68 | 868.73 | 11/28/17 | Payroll |
|  |  | 11/16/17 | 1,131.68 | 868.75 | 11/28/17 | Payroll |
|  |  | 11/3/17 | 1,234.56 | 948.02 | 11/28/17 | Payroll |
|  |  | 10/16/17 | 1,028.80 | 789.47 | Uncashed | Payroll |
|  |  | 10/3/17 | 1,028.80 | 789.47 | Uncashed | Payroll |
|  |  | 9/19/17 | 1,131.68 | 868.75 | Uncashed | Payroll |
|  |  | 9/1/17 | 1,234.56 | 948.01 | Uncashed | Payroll |
|  |  | 8/16/17 | 1,131.68 | 868.74 | Uncashed | Payroll |
|  |  | 8/2/17 | 1,131.68 | 868.74 | Uncashed | Payroll |
|  |  | 7/17/17 | 1,028.80 | 789.49 | Uncashed | Payroll |
|  |  | 7/1/17 | 1,131.68 | 868.74 | Uncashed | Payroll |
|  |  | 6/20/17 | 1,131.68 | 868.74 | Uncashed | Payroll |
|  |  | 6/5/17 | 1,234.56 | 948.01 | Uncashed | Payroll |
|  |  | 5/19/17 | 1,131.68 | 868.75 | Uncashed | Payroll |
|  |  | 5/5/17 | 1,028.80 | 789.47 | 5/8/17 | Payroll |
|  |  | 4/20/17 | 1,028.80 | 789.48 | Uncashed | Payroll |
|  |  | 4/5/17 | 1,234.56 | 948.01 | Uncashed | Payroll |
|  |  | 3/20/17 | 1,131.68 | 868.74 | Uncashed | Payroll |
|  |  | 3/3/17 | 925.92 | 709.38 | 8/16/17 | Payroll |
|  |  | 2/17/17 | 1,131.68 | 868.74 | 3/20/17 | Payroll |
|  |  |  |  |  |  |  |
| 30.2 | Carl Wiseman 359 Creekside Dr. Palo Alto, CA 94306<br><br>Relationship: Officer | 6/5/17 | 617.28 | 564.50 | 6/6/17 | Payroll |
|  |  | 5/19/17 | 565.84 | 517.47 | 6/13/17 | Payroll |
|  |  | 5/5/17 | 1,028.80 | 915.04 | Uncashed | Payroll |
|  |  | 4/20/2017 | 1,028.80 | 915.03 | Uncashed | Payroll |

| | | 4/5/17 | 1,291.01 | 1,130.02 | Uncashed | Payroll |
|---|---|---|---|---|---|---|
| | | 3/20/17 | 1,158.68 | 1,025.06 | 3/20/17 | Payroll |
| | | 3/3/17 | 970.92 | 876.25 | 3/3/17 | Payroll |
| | | 2/17/17 | 1,131.68 | 998.06 | 3/3/17 | Payroll |

DEBTOR: TYPE A MACHINES

PAGE 2 OF ATTACHMENT 30 TO STATEMENT OF FINANCIAL AFFAIRS

| | Insider | Date Paid | Gross Amount | Net Amount | Date Cashed | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |
| 30.3 | Tim Holmes 659 Broadmoor Blvd. San Leandro, CA 94577  Relationship: Husband of Mitch Huitema (officer & director) | 11/27/17 | 1,131.68 | 877.84 | 11/29/17 | Payroll |
| | | 11/16/17 | 1,131.68 | 877.84 | 11/29/17 | Payroll |
| | | 11/3/17 | 1,234.56 | 951.97 | 11/27/17 | Payroll |
| | | 10/16/17 | 1,028.80 | 803.71 | Uncashed | Payroll |
| | | 10/3/17 | 1,028.80 | 803.71 | Uncashed | Payroll |
| | | 9/19/17 | 1,131.68 | 877.85 | Uncashed | Payroll |
| | | 9/1/17 | 1,234.56 | 951.94 | Uncashed | Payroll |
| | | 8/16/17 | 1,131.68 | 877.86 | Uncashed | Payroll |
| | | 8/2/17 | 1,131.68 | 877.83 | Uncashed | Payroll |
| | | 7/17/17 | 1,028.80 | 803.72 | Uncashed | Payroll |
| | | 7/1/17 | 1,131.68 | 877.83 | Uncashed | Payroll |
| | | 6/20/17 | 1,103.39 | 857..45 | Uncashed | Payroll |
| | | 6/5/17 | 1,234.56 | 951.96 | Uncashed | Payroll |
| | | 5/19/17 | 1,131.68 | 877.85 | Uncashed | Payroll |
| | | 5/5/17 | 1,028.80 | 803.70 | Uncashed | Payroll |
| | | 4/20/17 | 1,028.80 | 803.71 | Uncashed | Payroll |
| | | 4/5/17 | 1,234.56 | 951.96 | Uncashed | Payroll |
| | | 3/20/17 | 1,175.68 | 921.85 | Uncashed | Payroll |
| | | 3/3/17 | 925.92 | 728.76 | Uncashed | Payroll |
| | | 2/17/17 | 1,131.68 | 877.84 | Uncashed | Payroll |